

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 3/6/2013

**To:** The Honorable Graham C. Mullen
United States District Judge

**From:** Glynis L. Eaton
United States Probation Officer

**Subject:** Anthony Miller
Dkt. No. 3:91CR94-005
3:91CR156-001
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 11/02/1992, the defendant was sentenced pursuant to a conviction for Conspiracy to Possess with Intent to Distribute Cocaine Base and Use, Carry Firearm During and in Relation to a Drug Trafficking Crime. He was ordered to serve 160 months imprisonment, followed by five (5) years of supervised release. His term of supervised release commenced on 10/27/2008. During his term of supervision, a small baggie of marijuana was seized from him. This item was seized from the defendant's person on 08/26/2010. The defendant's term of supervised release was revoked on 04/05/2011, and he was ordered to serve three months imprisonment with no supervised release to follow. The probation office neglected to make a destruction request of the seized property at the time of revocation. It is respectfully requested that Your Honor authorized destruction of the aforementioned items.

IT IS THEREFORE ORDERED that the Probation Office for the Western District of North Carolina, Charlotte Division, is authorized to destroy the seized property noted above.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7637, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☒ Return Seized Property to the Defendant

_Graham C. Mueller_      3/7/13

Signature of Judicial Officer     Date